# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2546
LT Case No. 2022-304522-CFDB

_____

PAUL DANIEL LIPPMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Tiffany Gatesh Fearing, of Suncoast Legal Group, P.L., Spring Hill, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Mitchell E. Sanders, Assistant Attorney General, Daytona Beach, for Appellee.


August 27, 2024


PER CURIAM.

    AFFIRMED.


SOUD, KILBANE, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---